

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

FEB 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

### DOCKETING NOTICE

---

Docket Number:               25-769
Originating Case Number:   9:23-cv-00079-DWM

Short Title:                Niman, et al. v. Montana University System, et al.

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:            25-769
Originating Case Number:  9:23-cv-00079-DWM

Case Title:               Niman, et al. v. Montana University System, et al.


**Monday, February 10, 2025**

| | |
|---|---|
| Bethany Niman | Mediation Questionnaire due |
| Riley Bennett | Mediation Questionnaire due |
| Jora Bolena | Mediation Questionnaire due |
| Kasey Calwell | Mediation Questionnaire due |
| Ursula Casey | Mediation Questionnaire due |
| Brian Hagan | Mediation Questionnaire due |
| Miranda Starr | Mediation Questionnaire due |
| Elizabeth Vicencio | Mediation Questionnaire due |
| Madison Ward | Mediation Questionnaire due |

**Tuesday, February 18, 2025**

| | |
|---|---|
| Bethany Niman | Appeal Transcript Order Due |
| Riley Bennett | Appeal Transcript Order Due |
| Jora Bolena | Appeal Transcript Order Due |
| Kasey Calwell | Appeal Transcript Order Due |
| Ursula Casey | Appeal Transcript Order Due |
| Brian Hagan | Appeal Transcript Order Due |
| Miranda Starr | Appeal Transcript Order Due |
| Elizabeth Vicencio | Appeal Transcript Order Due |

Madison Ward                                      Appeal Transcript Order Due

**Thursday, March 20, 2025**

Bethany Niman                                     Appeal Transcript Due
Riley Bennett                                     Appeal Transcript Due
Jora Bolena                                       Appeal Transcript Due
Kasey Calwell                                     Appeal Transcript Due
Ursula Casey                                      Appeal Transcript Due
Brian Hagan                                       Appeal Transcript Due
Miranda Starr                                     Appeal Transcript Due
Elizabeth Vicencio                                Appeal Transcript Due
Madison Ward                                      Appeal Transcript Due

**Tuesday, April 29, 2025**

Bethany Niman                                     Appeal Opening Brief Due
Riley Bennett                                     Appeal Opening Brief Due
Jora Bolena                                       Appeal Opening Brief Due
Kasey Calwell                                     Appeal Opening Brief Due
Ursula Casey                                      Appeal Opening Brief Due
Brian Hagan                                       Appeal Opening Brief Due
Miranda Starr                                     Appeal Opening Brief Due
Elizabeth Vicencio                                Appeal Opening Brief Due
Madison Ward                                      Appeal Opening Brief Due

**Thursday, May 29, 2025**

Montana University System                         Appeal Answering Brief Due
University of Montana                             Appeal Answering Brief Due
Clayton Christian                                 Appeal Answering Brief Due
Brianne Rogers                                    Appeal Answering Brief Due
Todd Buchanan                                     Appeal Answering Brief Due
Joyce Dombrouski                                  Appeal Answering Brief Due
Casey Lozar                                       Appeal Answering Brief Due
Loren Bough                                       Appeal Answering Brief Due
Jeff Southworth                                   Appeal Answering Brief Due
Norris Blossom                                    Appeal Answering Brief Due
Maria Mangold                                     Appeal Answering Brief Due
Sarah Corbin                                      Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**